```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BELINDA AZAMATI,                                                 :
                                                                 :
                        Plaintiff,                               :
                                                                 :
            -v-                                                  :     25 Civ. 6046 (JPC)
                                                                 :
JPMORGAN CHASE & CO.,                                            :           ORDER
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 5, 2025, counsel for Plaintiff filed a letter in response to Defendant's letter motion requesting leave to move to compel arbitration. Dkt. 5. Counsel for Plaintiff must file a notice of appearance on the docket no later than August 29, 2025. Plaintiff's deadline to file an opposition to Defendant's motion to compel, Dkts. 8-9, is extended to September 9, 2025. Defendant's deadline to file a reply in further support of its motion is extended to September 16, 2025.

Defendant is directed to mail a copy of this Order to Plaintiff by First Class Mail, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: August 26, 2025  
      New York, New York

                                                _____  
                                                   JOHN P. CRONAN  
                                            United States District Judge